DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVETTE DUKES,** as Plenary Guardian of the property of **KIARA SHANISE DUKES,** an incapacitated person, **LATOYA DUKES** and **BRANDON ELLIS,**
Appellants,

v.

**MICHELIN NORTH AMERICA, INC.,** a foreign corporation, **TAKATA CORPORATION,** a foreign corporation headquartered in Japan, and **TK HOLDINGS, INC.,** a Delaware corporation,
Appellees.

No. 4D17-240

[April 4, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janet Carney Crooms, Judge; L.T. Case Nos. 56-2012-CA-002094 and 56-2013-CA-001009.

Philip M. Burlington and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, Darryl L. Lewis and Michael H. Kugler of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, Henry D. Didier of Didier Law Firm, P.A., Orlando, and John Blaise Gsanger of Edwards Law Firm, Corpus Christi, Texas, for appellants.

Wendy F. Lumish of Bowman and Brooke, LLP, Miami, for Appellee Michelin North America, Inc.

Christine Davis Graves and James Parker-Flynn of Carlton Fields, Tallahassee, for Appellees Takata Corporation and TK Holdings, Inc.

Theresa Wardon Benz, Michael L. O'Donnell and Edward C. Stewart of Wheeler Trigg O'Donnell LLP, Denver, Colorado, Pro Hac Vice for Appellee Michelin North America, Inc.

Thomas P. Branigan and Jeffrey T. Gorcyca of Bowman and Brooke LLP, Bloomfield Hills, Michigan, Pro Hac Vice for Appellees Takata Corporation and TK Holdings, Inc.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\*　　　\*　　　\*

**Not final until disposition of timely filed motion for rehearing.**